**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Louis Badger, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>American Debt Protection, Corp.,<br><br>*Defendant*. | Civil Case No.:<br><br>**Jury Trial Demanded** |

**RULE 3.2 NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Louis Badger, an individual, discloses that he has no ownership share, affiliate, or other interest to disclose.

Dated: October 7, 2026

Respectfully Submitted:

*/s/Francisco Fernandez Del Castillo*
DEL CASTILLO LAW GROUP, LLC
11 E Adams Street #1401
Chicago, IL 60603
francisco@delcastillolawgroup.com
(312)-216 0111

*/s/ Alex N. Jilizian*
Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com