# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **Louis Badger, on behalf of himself and all others similarly situated**<br>*Plaintiff*<br>v.<br>**American Debt Protection, Corp.**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-12326 |

## DECLARATION OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American Debt Protection, Corp. c/o Paracorp Incorporated in Sacramento County, CA on October 26, 2026 at 10:22 am at 2804 Gateway Oaks Dr, Ste 100, Sacramento, CA 95833-4346 by leaving the following documents with Lily Masias who as Intake Specialist at Paracorp Incorporated is authorized by appointment or by law to receive service of process for American Debt Protection, Corp. c/o Paracorp Incorporated.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION

Additional Description:
Lily Masias
Race: Black or African American, Sex: Female, Est. Age: 35-45, Hair: Black, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.6191814963,-121.517795365
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Yolo County,

CA on 10/27/2026.

/s/ Seth Kinmont

Signature
Seth Kinmont
+1 (310) 623-9172



Exhibit 1a)